IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHANNON DAVID BOYLE                                                            PETITIONER

VS.                           CASE NO. 5:06CV00117 SWW

LARRY NORRIS, Director,
Arkansas Department of Correction                                              RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 29th day of November, 2006.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE